UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA BAKER,                                              07CIV5621 LAP

                    Plaintiff,                      **AFFIDAVIT OF**
  -against-                                                **PERSONAL SERVICE**

PORT AUTHORITY TRANS HUDSON
CORPORATION

                    Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK        )
                          :ss.:
COUNTY OF NEW YORK )

      Milton Malave, being duly sworn, deposes and says:

  I am not a party to this action, I am over 18 years of age and I reside in Brooklyn, New York.

  On June 19, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

TO:   Port Authority Trans-Hudson Corporation
       c/o The Port Authority of New York and New Jersey
       225 Park Avenue South
       New York, NY 10003

  by leaving a true and accurate copy thereof with

Ms. Michele D. Gilyard, who identified him/herself as Receptionist.

    Description:  ☐ M  ☒ F

                  height: __5' 1"__

                  weight: __210 lbs__

                  age: __40-45__

                  hair Color: __Black__

Caucasian/**African American**/Asian/Hispanic/Indian/other: **African American**

                              (Signature of Server)      *Milton Malave*

                              (Print Name)         Milton Malave

Sworn to before me this
19th day of June, 2007

_____
Notary Public

    MICHAEL H. ZHU
Notary Public, State of New York
    No. 02ZH5058266
  Qualified in Queens County
Commission Expires April 1, 19

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

LINDA BAKER

SUMMONS IN A CIVIL CASE

V.

PORT AUTHORITY TRANS HUDSON
CORPORATION

CASE NUMBER:

07 CIV 5621

JUDGE PRESKA

TO: (Name and address of defendant)

Port Authority Trans Hudson Corporation
Newark Legal Center
One Riverfront Plaza, 9th Floor
Newark, New Jersey 07102

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele D. Gilyard

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

JUN 13 2007

DATE

| Index No. | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA BAKER,

                        Plaintiff,

-against-

PORT AUTHORITY TRANS HUDSON CORPORATION

                        Defendants.

## AFFIDAVIT OF PERSONAL SERVICE

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Linda Baker*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

To                                              Signature (Rule 130-1.1-a)

                                              Print name beneath

Attorney(s) for

Service of a copy of the within                       is hereby admitted.

Dated,

                                  Attorney(s) for

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order                       of which the within is a true copy will be presented for
settlement to the HON.                            one of the judges
of the within named court, at
on                  at               M

Dated,                                   Yours, etc.
                                   MICHAEL H. ZHU, ESQ.
                                   *Attorneys for plaintiff Linda Baker*
To                                     *Office and Post Office Address*
                                       14 WALL STREET, 22ND FLOOR
Attorney(s) for                          NEW YORK, N.Y. 10005