**THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY**
*Law Department*

Darrell Buchbinder, Esq.
General Counsel

225 Park Avenue South, 13th Floor
New York, New York 10003

BY ECF

June 27, 2007

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Linda Baker v. Port Authority Trans-Hudson Corporation*
               07 CV 5621

Dear Judge Preska:

I am the attorney representing the Port Authority in the above captioned action and I respectfully request an extension of time to answer the complaint in the above referenced action from July 9, 2007 to August 6, 2007. This is the first request for an extension of time to answer in this case.

Plaintiff's counsel has agreed to this extension.

Respectfully Requested,

Chris Neumann
(212) 435-3422


cc:    Michael Zhu, Esq.