UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LINDA BAKER                                      07-CV-5621 [LAP]

               Plaintiff,            **NOTICE OF**
-against-                                        **MOTION FOR**
                                                              **ADMISSION**
                                                              **PRO HAC VICE**

PORT AUTHORITY TRANS-HUDSON CORPORATION

               Defendant.
------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the annexed attorney affirmation of Michael H. Zhu, affidavit of Paul J. Riley, in support of this Motion and the Certificate of Good Standing annexed thereto, that on _____, 2007 the undersigned will move this Court before the Honorable Loretta A. Preska at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.13(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York for an Order allowing the admission of movant, Paul J. Riley, Esquire a member in good standing of the Bar of Pennsylvania, an attorney pro hac to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against either Mr. Riley or your affirmant in any State of Federal Court.

Dated:   New York, New York
          August 22, 2007

                                      Michael H. Zhu, Esq., P.C.

BY: _____
                    Michael Zhu, Esquire
                    Attorneys for Plaintiff
                    Linda Baker
                    14 Wall Street, 22nd Floor
                    New York, New York 10005
                    (212) 227-2245

TO:  Angela Calamia, Esq.
     Attorneys for defendant
     Port Authority Trans-Hudson Corp.
     225 Park Avenue South, 13th Floor
     New York, New York 10003
     212 435-9431

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LINDA BAKER                                    07-CV-5621 [LAP]

                    Plaintiff,

        -against-                              AFFIDAVIT


PORT AUTHORITY TRANS-HUDSON CORPORATION


                    Defendant.
------------------------------------------X
```

Paul John Riley, Esquire, being duly sworn, hereby deposes and says as follows:

1. I am a practitioner of the law firm of Barish Rosenthal, 1717 Arch Street, Philadelphia, Pennsylvania since

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Annexed hereto as Exhibit "A" is a Certificate of Good Standing from the Supreme Court of Pennsylvania.

6. Wherefore your Affiant respectfully submits that I should be permitted to appear as Counsel and advocate pro hac

vice in this case.

_____
Paul J. Riley, Esq.

Dated:   Philadelphia, PA
         August 17, 2007

Sworn to and before me this 17
day of August , 2007.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE M. NUCIFORO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 16, 2010



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Paul John Riley, Esq.*

DATE OF ADMISSION

*November 21, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 13, 2007

Patricia A. Johnson
Chief Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LINDA BAKER                                      07-CV-5621 [LAP]

                    Plaintiff,
    -against-                                    **ORDER FOR
                                                 ADMISSION
                                                 PRO HAC VICE**

PORT AUTHORITY TRANS-HUDSON CORPORATION


                    Defendant.
------------------------------------------X
```

**AND NOW**, this ___ day of, 2007 upon consideration of Mr. Paul John Riley, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**.

                            BY THE COURT:


                            _____
                            U.S.D.J.

**AFFIRMATION OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, ATTORNEY'S AFFIRMATION AND AFFIDAVIT to defendant was served by first-class mail, postage prepaid, upon:

>Angela Calamia, Esquire
>225 park Avenue South, 13th Floor
>New York, New York 10003

on this 22nd day of August, 2007.

>Michael H. Zhu, Esq. PC
>Attorneys for
>Plaintiff Linda Baker
>
>By: _____
>Michael H. Zhu
>
>14 Wall Street - 22nd Floor
>New York, New York 10005-1198
>(212) 227-2245