USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
LINDA BAKER                                    07-CV-5621 [LAP]

                Plaintiff,

-against-                                      **ORDER FOR**
                                                           **ADMISSION**
                                                           **PRO HAC VICE**

PORT AUTHORITY TRANS-HUDSON CORPORATION


                Defendant.
-----------------------------------X

**AND NOW**, this 30th day of August, 2007 upon consideration of Mr. Paul John Riley, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**.

                                  BY THE COURT:

                                  _Loretta A. Preska_
                                  U.S.D.J.