**THE PORT AUTHORITY** OF NY & NJ

Darrell Buchbinder, General Counsel
New York Litigation

BY FACSIMILE: 212 805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

November 29, 2007

Chambers of Judge Loretta A. Preska
500 Pearl Street, Room 1320
New York, New York 10007

Attn: Megan Phillips, Esq.

07cv5621

Re: Linda Baker v. Port Authority Trans-Hudson Corp. — 07CV5621

Dear Ms. Phillips,

This is to confirm that the telephone conference previously scheduled for December 7, 2008 at 9:30 a.m. has been moved to December 18, 2007 at 12 noon.

Both parties and the court have consented to this adjournment.

Very truly yours,

*Angela Calamia*
Angela Calamia
Attorney
New York Litigation
212 435-3431

AC/me

cc: Paul Riley, Esq.
BARISH ROSENTHAL
1717 Arch Street
Philadelphia, PA 19103

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 30, 2007

225 Park Avenue South, 13th Floor
New York, NY 10003
T. 212 435 7000