**THE PORT AUTHORITY** OF NY & NJ

*Darrell Buchbinder, General Counsel*
*New York Litigation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

March 7, 2008

**Via Facsimile**

Loretta Preska, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007
Fax: (212) 805-0240

    Re:    Linda Baker v. Port Authority Trans-Hudson Corp., Index No. 07 Civ. 5621 (LAP)

Dear Judge Preska:

    I am writing on the behalf of the defendant Port Authority Trans-Hudson Corp, with the consent of my adversary, Mr. Paul Riley, to request an extension of time to complete discovery. The current deadline is March 28, 2008, per the Initial Case Management Plan and Scheduling order of December 19, 2007. I hereby request that the end of discovery be extended to April 18, 2008.

Very truly yours,

Angela Calamia
Attorney
New York Litigation
212 435-3431

cc:    Mr. Paul Riley
       *Attorney for Plaintiff*
       Fax: (215) 351-0593

*[Handwritten:]* The completion of discovery shall be extended to April 18, 2008 on the condition that counsel submit a proposed order extending all dates in the December 19, 2007 order proportionally

So ordered
Loretta A. Preska
USDJ

March 12, 2008

225 Park Avenue South, 13th Floor
New York, NY 10003
T: 212 435 7000

TOTAL P.02