```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LINDA BAKER                         :
                                    :
                    Plaintiff(s),   :  07 Civ. 5621 (LAP)
                                    :
        -against-                   :  SCHEDULING ORDER
                                    :
PORT AUTHORITY TRANS-HUDSON         :
CORPORATION                         :
                    Defendant(s).   :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that trial is scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on June 23, 2008 at 10:00 a.m. in the above-captioned action, subject to continuing trials. Otherwise, trial will commence on July 7 at 10:. Requested voir dire questions and requests to charge shall be filed no later than June 9. A final pretrial conference shall be held on June 18, 2008 at 9:00 a.m. Counsel shall inform the Court by letter of the status of the action no later than May 30.

SO ORDERED

May 27, 2008

_Loretta A. Preska_
Loretta A. Preska, U.S.D.J.