USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

PRESKA, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA BAKER,

                    Plaintiff,

- against -

PORT AUTHORITY TRANS-HUDSON
CORPORATION,

                    Defendant.
-----------------------------------------------------------x

Index No. 07-CV-5621 (LAP)

**STIPULATION OF
DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       June 18, 2008

_____
By: Paul J. Riley, Esq.
BARISH ROSENTHAL
Attorney for Plaintiff
LINDA BAKER
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
(215) 923-8900

_____
By: Dave D. Hood, Esq.
MILTON H. PACHTER
Attorney for Defendant
PORT AUTHORITY TRANS-HUDSON
CORPORATION
225 Park Avenue South, 13th Floor
New York, NY 10003
(212) 435-3429

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

July 23, 2008

SO ORDERED:
_____
LORETTA A. PRESKA, U.S.D.J.

**SO ORDERED:**
_____
U.S.D.J.